PARKER C. ANKRUM (SBN: 261608)
pankrum@kasowitz.com
REBECCA UNRUH (SBN: 267881)
runruh@kasowitz.com
KEITH J. MITRO (SBN: 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 453-5170
Facsimile:  (650) 453-5171

JEFFREY J. TONEY *(pro hac vice)*
jtoney@kasowitz.com
JONATHAN K. WALDROP *(pro hac vice)*
jwaldrop@kasowitz.com
DARCY L. JONES *(pro hac vice)*
djones@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA  30309
Telephone:  (404) 260-6133
Facsimile:  (404) 260-6081

Attorneys for Plaintiff
GOOGLE INC.

COURTLAND L. REICHMAN (SBN: 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA  94065
Telephone:  (650) 394-1400
Facsimile:  (650) 394-1422

Attorneys for Defendants
EOLAS TECHNOLOGIES
INCORPORATED; and THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>            Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>            Defendants. | Case No.  13-CV-05997-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE INC. TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Google Inc. ("Google") and Defendants Eolas Technologies Incorporated and The Regents of the University of California (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 2, 2014 and January 3, 2014, Google served its complaint upon Defendants;

WHEREAS, on January 22, 2014, at the request of Defendants, the parties agreed to mutual 14 day extensions for Defendants to respond to Google's complaint and for Google to respond to Defendants' pleadings or response to Google's complaint to which a response is allowed;

WHEREAS, on January 24, 2014, the parties filed a stipulation to extend the deadline for Defendants to answer or otherwise respond to Google's complaint to February 7, 2014;

WHEREAS, on January 24, 2014, this Court granted the parties stipulation;

WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to Google's complaint;

WHEREAS, Google's response to Defendants' motion to dismiss for lack of jurisdiction is due February 21, 2014;

WHEREAS, Defendants' reply is due February 28, 2014; and

WHEREAS, this Court has set a hearing on Defendants' motion to dismiss for lack of jurisdiction for March 20, 2014 at 2:00 p.m.

NOW THEREFORE the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2 that:

- The time to file Google's opposition to Defendants' motion to dismiss for lack of jurisdiction be extended until March 7, 2014;
- The time to file the Defendants' reply to Google's opposition be extended until March 14, 2014; and
- The hearing for the Defendant's motion to dismiss for lack of jurisdiction be

noticed for April 3, 2014, or as soon thereafter at the Court's convenience.

IT IS SO STIPULATED.

Dated:  February 17, 2014                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: */s/ Keith J. Mitro*_____
   KEITH J. MITRO (SBN: 287108)
   kmitro@kasowitz.com
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, CA  94065
   Telephone:  (650) 453-5170
   Facsimile:  (650) 453-5171

   Attorneys for Plaintiff
   GOOGLE INC., INC.


MCKOOL SMITH HENNIGAN, P.C.

Dated:  February 17, 2014

By: */s/ Courtland L. Reichman*_____
   COURTLAND LEWIS REICHMAN
   (SBN 268873)
   creichman@mckoolsmith.com
   MCKOOL SMITH HENNIGAN PC
   255 Shoreline Drive, Suite 510
   Redwood Shores, CA  94065
   Telephone:  (650) 394-1400
   Facsimile:  (650) 394-1422

   Attorneys for Defendants
   EOLAS TECHNOLOGIES INCORPORATED;
   and THE REGENTS OF THE UNIVERSITY
   OF CALIFORNIA


I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.


Dated: February 17, 2014           */s/ Keith J. Mitro*_____
                                   Keith J. Mitro

JOINT STIPULATION AND [PROPOSED] ORDER    - 2 -                    CASE NO. 13-CV-05997-JST

### [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- The time to file Google's opposition to Defendants' motion to dismiss for lack of jurisdiction be extended until March 7, 2014;
- The time to file the Defendants' reply to Google's opposition be extended until March 14, 2014; and
- The hearing for the Defendant's motion to dismiss for lack of jurisdiction be noticed for April 3, 2014, or as soon thereafter at the Court's convenience.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: ___February 19___, 2014



IT IS SO ORDERED
Judge Jon S. Tigar