COURTLAND L. REICHMAN (SBN: 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Attorneys for Defendants
EOLAS TECHNOLOGIES INCORPORATED;
and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

PARKER C. ANKRUM (SBN: 261608)
pankrum@kasowitz.com
REBECCA UNRUH (SBN: 267881)
runruh@kasowitz.com
KEITH J. MITRO (SBN: 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

JEFFREY J. TONEY (*pro hac vice*)
jtoney@kasowitz.com
JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
DARCY L. JONES (*pro hac vice*)
djones@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6133
Facsimile: (404) 260-6081

Attorneys for Plaintiff
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE INC., <br>             Plaintiff, <br> vs. <br> EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br>             Defendants. | Case No. 3:13-cv-05997-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION (D.I. 29)** |

JOINT STIPULATION AND [PROPOSED] ORDER     1     CASE NO. 3:13-CV-05997-JST

McKool 973634v1

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Google Inc. ("Google") and Defendants Eolas Technologies Incorporated and The Regents of the University of California (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 2, 2014 and January 3, 2014, Google served its complaint upon Defendants;

WHEREAS, on January 22, 2014, at the request of Defendants, the parties agreed to mutual 14 day extensions for Defendants to respond to Google's complaint and for Google to respond to Defendants' pleadings or response to Google's complaint to which a response is allowed;

WHEREAS, on January 24, 2014, the parties filed a stipulation to extend the deadline for Defendants to answer or otherwise respond to Google's complaint to February 7, 2014;

WHEREAS, on January 24, 2014, this Court granted the parties stipulation;

WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to Google's complaint;

WHEREAS, on February 27, 2014, the parties filed a joint stipulation to extend deadlines for: 1) Google to respond to Defendants' motion to dismiss for lack of jurisdiction to March 7, 2014; 2) Defendants to reply to Google's opposition to Defendants' motion to dismiss for lack of jurisdiction to March 14, 2014; and 3) the hearing on Defendants' motion to dismiss for lack of jurisdiction be noticed for April 3, 2014, or as soon thereafter at the Court's convenience;

WHEREAS, this Court set a hearing on Defendants' motion to dismiss for lack of jurisdiction for April 3, 2014 at 2:00 p.m.; and

WHEREAS, on March 7, 2014, Google filed its opposition to Defendants' motion to dismiss for lack of jurisdiction.

NOW THEREFORE the parties, through their undersigned counsel, hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2, that the time for Defendants to reply to

JOINT STIPULATION AND [PROPOSED] ORDER         2         CASE NO. 3:13-CV-05997-JST

McKool 973634v1

1  Google's opposition to Defendants' motion to dismiss for lack of jurisdiction be extended by three

2  days to March 17, 2014.

3     IT IS SO STIPULATED.

4  Dated this March 13, 2014.                    MCKOOL SMITH HENNIGAN, P.C.

6                                               By: */s/ Courtland L. Reichman*
                                                    COURTLAND LEWIS REICHMAN
7                                                   (SBN 268873)
                                                    creichman@mckoolsmith.com
8                                                   255 Shoreline Drive, Suite 510
                                                    Redwood Shores, CA  94065
9                                                   Telephone: (650) 394-1400
                                                    Facsimile: (650) 394-1422

10
                                                Attorneys for Defendants EOLAS
11                                              TECHNOLOGIES INCORPORATED; and THE
                                                REGENTS OF THE UNIVERSITY OF
12                                              CALIFORNIA

13 Dated this March 13, 2014.                   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
14

15                                              By: */s/ Keith J. Mitro*
                                                    KEITH J. MITRO (SBN: 287108)
16                                                  kmitro@kasowitz.com
                                                    333 Twin Dolphin Drive, Suite 200
17                                                  Redwood Shores, CA 94065
                                                    Telephone: (650) 453-5170
18                                                  Facsimile: (650) 453-5171

19                                              Attorneys for Plaintiff
                                                GOOGLE INC.
20

21     I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this

22 document has been obtained from the other signatories.

23 Dated this March 13, 2014.                   */s/ Courtland L. Reichman*
                                                Courtland L. Reichman
24

25

26

27

28 JOINT STIPULATION AND [~~PROPOSED~~]             3                    CASE NO. 3:13-CV-05997-JST
   ORDER

McKool 973634v1

1

**[PROPOSED] ORDER**

2  The Court having considered the stipulation of the parties, orders that the time for

3  Defendants to reply to Google's opposition to Defendants' motion to dismiss for lack of jurisdiction

4  is extended by three days to until March 17, 2014.

5

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

6
7
8  Dated: _____March 13_____, 2014



Honorable _____

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER    4    CASE NO. 3:13-CV-05997-JST

McKool 973634v1

McKool Smith Hennigan, P.C.
225 Shoreline Drive, Suite 510
Redwood Shores, CA 94065