1 | PARKER C. ANKRUM (CA SBN. 261608)
pankrum@kasowitz.com
2 | REBECCA UNRUH (CA SBN 267881)
runruh@kasowitz.com
3 | KEITH J. MITRO (CA SBN 287108)
kmitro@kasowitz.com
4 | 333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
5 | Tel: (650) 453-5170; Fax: (650) 453-5171

6 | JEFFREY J. TONEY (*pro hac vice*)
jtoney@kasowitz.com
7 | JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
8 | DARCY L. JONES (*pro hac vice*)
djones@kasowitz.com
9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
10 | Atlanta, GA 30309
11 | Tel: (404) 260-6133; Fax: (404) 260-6081

12 | Attorneys for Plaintiff
GOOGLE INC.

COURTLAND LEWIS REICHMAN
(CA SBN 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN PC
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

KEVIN L. BURGESS (*pro hac vice*)
kburgess@mckoolsmith.com
JOHN B. CAMPBELL (*pro hac vice*)
jcampbell@mckoolsmith.com
J.R. JOHNSON, II (*pro hac vice*)
jjohnson@mckoolsmith.com
JENNIFER A. ALBERT (*pro hac vice*)
jalbert@mckoolsmith.com
JOSHUA W. BUDWIN (*pro hac vice*)
jbudwin@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Tel: 512-692-8700; Fax: 512-692-8744

Attorneys for Defendants
EOLAS TECHNOLOGIES INCORPORATED;
and THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES, INC.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Defendants. | Case No. 13-CV-05997-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Google Inc. ("Google") and Defendants Eolas Technologies Incorporated and The Regents of the University of California (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to Google's complaint;

WHEREAS, on March 7, 2014, Google filed its opposition to Defendants' motion to dismiss for lack of jurisdiction;

WHEREAS, on March 17, 2014, Defendants filed their reply to Google's opposition to Defendants' motion to dismiss for lack of jurisdiction;

WHEREAS, this Court has set a hearing on Defendants' motion to dismiss for lack of jurisdiction for April 3, 2014 at 2:00 p.m.

WHEREAS, an Initial Case Management Conference in this action is scheduled for April 9, 2014 at 2:00 p.m.; and

WHEREAS, both parties have agreed to reschedule the April 9, 2014 Initial Case Management Conference to allow for the Court to rule on Defendants' motion to dismiss.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record and with the permission of the Court, that the Initial Case Management Conference in this action shall be continued to Wednesday, May 7, 2014 at 2:00 p.m. The parties shall file a Joint Case Management Statement on or before Wednesday, April 23, 2014.

| | | |
|---|---|---|
| 1 | Dated:  March 25, 2014 | Respectfully submitted, |
| 2 | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |

By: */s/ Keith J. Mitro*_____
KEITH J. MITRO (SBN: 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 453-5170
Facsimile:  (650) 453-5171

Attorneys for Plaintiff
GOOGLE INC., INC.

Dated:  March 25, 2014        MCKOOL SMITH HENNIGAN, P.C.

By: */s/ Courtland L. Reichman*_____
COURTLAND LEWIS REICHMAN
(SBN: 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN PC
255 Shoreline Drive, Suite 510
Redwood Shores, CA  94065
Telephone:  (650) 394-1400
Facsimile:  (650) 394-1422

Attorneys for Defendants
EOLAS TECHNOLOGIES INCORPORATED;
and THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: March 25, 2014         */s/ Keith J. Mitro*_____
                              Keith J. Mitro

1 **[PROPOSED] ORDER**

2 The Court having considered the stipulation of the parties, orders as follows:

3 - The parties shall file a Joint Case Management Statement on or before Wednesday, April 23, 2014; and

5 - The Initial Case Management Conference in this action shall be continued to Wednesday, May 7, 2014 at 2:00 p.m., or as soon thereafter at the Court's convenience.

8 PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

11 Dated: March 28, 2014

