UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>　　　　Defendants. | Case Nos.  13-cv-05997-JST; 13-cv-06003-JST<br><br>**NOTICE TO PARTIES OF TENTATIVE ORDER**<br><br>Re: ECF No. 25; ECF No. 18 |
| J. C. PENNEY CORP., INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>　　　　Defendants. | |

The Court has prepared a tentative order in response to Defendant's Motion to Dismiss for Lack of Jurisdiction, noticed for hearing on June 19, 2014.  The tentative order is attached at Exhibit A.  The tentative order has been issued solely to prepare counsel for oral argument.  ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: June 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge