| | |
|---|---|
| 1 | PARKER C. ANKRUM (CA SBN. 261608) |
| | pankrum@kasowitz.com |
| 2 | REBECCA UNRUH (CA SBN 267881) |
| | runruh@kasowitz.com |
| 3 | KEITH J. MITRO (CA SBN 287108) |
| | kmitro@kasowitz.com |
| 4 | 333 Twin Dolphin Drive, Suite 200 |
| | Redwood Shores, CA  94065 |
| 5 | Tel: (650) 453-5170; Fax: (650) 453-5171 |
| 6 | JEFFREY J. TONEY *(pro hac vice)* |
| | jtoney@kasowitz.com |
| 7 | JONATHAN K. WALDROP *(pro hac vice)* |
| | jwaldrop@kasowitz.com |
| 8 | DARCY L. JONES *(pro hac vice)* |
| | djones@kasowitz.com |
| 9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 1349 West Peachtree Street, N.W., Suite 1500 |
| 10 | |
| | Atlanta, GA  30309 |
| 11 | Tel: (404) 260-6133; Fax: (404) 260-6081 |
| 12 | Attorneys for Plaintiff |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No.  13-CV-05997-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY IN OPPOSITION TO GOOGLE INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| EOLAS TECHNOLOGIES, INC.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

1  Having considered Plaintiff Google Inc.'s ("Google") Unopposed Administrative Motion for Leave to File Sur-Reply to Defendants' Reply in Opposition to Google Inc.'s Opposition to Defendants' Motion to Dismiss and all other papers filed in support thereof, the Court finds that good cause exists for Google to file its proposed sur-reply.

IT IS HEREBY ORDERED THAT Plaintiff Google Inc.'s Unopposed Administrative Motion for Leave to File Sur-Reply to Defendants' Reply in Opposition to Google Inc.'s Opposition to Defendants' Motion to Dismiss is GRANTED. Plaintiff is directed to file its proposed sur-reply, attached as Exhibit A to Google Inc.'s Unopposed Administrative Motion for Leave to File Sur-Reply to Defendants' Reply in Opposition to Google Inc.'s Opposition to Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: __June 19__, 2014



_____
Hon.
United
Judge Jon S. Tigar

[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION            2            CASE NO. 13-CV-05997-JST