| | |
|---|---|
| 1 | JONATHAN K. WALDROP (SBN: 297903)<br>jwaldrop@kasowitz.com | COURTLAND L. REICHMAN (SBN: 268873)<br>creichman@mckoolsmith.com |
| 2 | DARCY L. JONES *(pro hac vice)*<br>djones@kasowitz.com | MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510 |
| 3 | ROBERT P. WATKINS III *(pro hac vice)*<br>rwatkins@kasowitz.com | Redwood Shores, CA  94065<br>Telephone:  (650) 394-1400 |
| 4 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive, Suite 200 | Facsimile:  (650) 394-1422 |
| 5 | Redwood Shores, CA  94065<br>Telephone:  (650) 453-5170 | KEVIN L. BURGESS (pro hac vice)<br>kburgess@mckoolsmith.com |
| 6 | Facsimile:  (650) 453-5171 | JOHN B. CAMPBELL (pro hac vice)<br>jcampbell@mckoolsmith.com |
| 7 | | J.R. JOHNSON, II (pro hac vice)<br>jjohnson@mckoolsmith.com |
| 8 | JEFFREY J. TONEY *(pro hac vice)*<br>jtoney@kasowitz.com | JENNIFER A. ALBERT (pro hac vice)<br>jalbert@mckoolsmith.com |
| 9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1349 West Peachtree Street, N.W., Suite 1500 | JOSHUA W. BUDWIN (pro hac vice)<br>jbudwin@mckoolsmith.com |
| 10 | Atlanta, GA  30309<br>Telephone:  (404) 260-6133 | MCKOOL SMITH, P.C.<br>300 W. 6th Street, Suite 1700 |
| 11 | Facsimile:   (404) 260-6081 | Austin, Texas 78701<br>Telephone: (512)692-8700; |
| 12 | Attorneys for Plaintiff<br>GOOGLE INC. | Facsimile: (512)692-8744 |
| 13 | | Attorneys for Defendants<br>EOLAS TECHNOLOGIES |
| 14 | | INCORPORATED; and THE REGENTS OF<br>THE UNIVERSITY OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>             Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES, INC.; and<br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA,<br><br>             Defendants. | Case No.  13-CV-05997-JST<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME FOR<br>GOOGLE INC. TO RESPOND TO<br>DEFENDANTS' SECOND MOTION TO<br>DISMISS AND TO DEFENDANTS'<br>COUNTERCLAIMS, AND CONTINUING<br>THE INITIAL CASE MANAGEMENT<br>CONFERENCE** |

JOINT STIPULATION AND
[PROPOSED] ORDER                                                                                                          CASE NO. 13-CV-05997-JST

1  Pursuant to Civil Local Rules 6-2, 16-2, and 7-12, Plaintiff Google Inc. ("Google") and
2  Defendants Eolas Technologies Incorporated and The Regents of the University of California
3  (collectively, "Defendants") hereby stipulate through their respective counsel of record as
4  follows:

5  WHEREAS, on January 2, 2014 and January 3, 2014, Google served its complaint upon
6  Defendants;

7  WHEREAS, on January 10, 2014, the Court set an Initial Case Management Conference
8  for April 9, 2014;

9  WHEREAS, on January 22, 2014, at the request of Defendants, the parties agreed to
10 mutual 14 day extensions for Defendants to respond to Google's complaint and for Google to
11 respond to Defendants' pleadings or response to Google's complaint to which a response is
12 allowed;

13 WHEREAS, on January 24, 2014, the parties filed a stipulation to extend the deadline for
14 Defendants to answer or otherwise respond to Google's complaint to February 7, 2014;

15 WHEREAS, on January 24, 2014, this Court granted the parties' January 24, 2014
16 stipulation;

17 WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of
18 jurisdiction in response to Google's complaint;

19 WHEREAS, on February 17, 2014, the parties filed a stipulation to extend the deadline for
20 Google to respond to Defendants' motion to dismiss for lack of jurisdiction until March 7, 2014,
21 to extend the deadline for Defendants to reply to Google's opposition until March 14, 2014, and
22 to extend the hearing for Defendants' motion to dismiss for lack of jurisdiction until April 3,
23 2014;

24 WHEREAS, on February 19, 2014, this Court granted the parties' February 17, 2014
25 stipulation;

26 WHEREAS, on March 13, 2014, the parties filed a stipulation to extend the deadline for
27 Defendants to reply to Google's opposition to Defendants' motion to dismiss for lack of
28 jurisdiction until March 17, 2014;

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER                    -1-                    CASE NO. 13-CV-05997-JST

1  WHEREAS, on March 13, 2014, this Court granted the parties' March 13, 2014
2  stipulation;
3  WHEREAS, on March 25, 2014, the parties filed a stipulation to continue the Initial Case
4  Management Conference to allow for the Court to rule on Defendants' motion to dismiss for lack
5  of jurisdiction;
6  WHEREAS, on March 28, 2014, this Court granted the parties' March 25, 2014
7  stipulation;
8  WHEREAS, on April 18, 2014, the Court continued the Initial Case Management
9  Conference until August 20, 2014;
10  WHEREAS, on July 8, 2014, Defendants' filed their answer and counterclaims to Google
11  Inc.'s complaint, and filed a motion to dismiss counterclaims;
12  WHEREAS, Google Inc.'s response to Defendants' motion to dismiss is currently due
13  July 22, 2014;
14  WHEREAS, Defendants' reply to Google's response to Defendants' motion to dismiss is
15  currently due July 29, 2014;
16  WHEREAS, Google Inc.'s response to Defendants' counterclaims is currently due
17  August 1, 2014;
18  NOW THEREFORE the parties through their undersigned counsel hereby stipulate and
19  request that the Court grant, pursuant to Civil L.R. 6-2 that:
20  - The time to file Google's opposition to Defendants' motion to dismiss be extended
21    until August 19, 2014;
22  - The time to file the Defendants' reply to Google's opposition be extended until
23    September 9, 2014;
24  - The hearing for the Defendant's motion to dismiss be noticed for October 9, 2014,
25    or as soon thereafter at the Court's convenience;
26  - The time for Google to respond to Defendants' counterclaims be extended until
27    October 24, 2014; and
28

JOINT STIPULATION AND
[PROPOSED] ORDER            - 2 -                    CASE NO. 13-CV-05997-JST

1     • The Initial Case Management Conference in this action be continued to Wednesday, December 10, 2014 at 2:00 p.m., or as soon thereafter at the Court's convenience.

    IT IS SO STIPULATED.

Dated: July 17, 2014                         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                        By: */s/ Jonathan K. Waldrop*
                                                  JONATHAN K. WALDROP
                                                  (SBN: 297903*)*
                                                  jwaldrop@kasowitz.com
                                                  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                                  333 Twin Dolphin Drive, Suite 200
                                                  Redwood Shores, CA 94065
                                                  Telephone: (650) 453-5170
                                                  Facsimile: (650) 453-5171

                                                  Attorneys for Plaintiff
                                                  GOOGLE INC., INC.


                                                  MCKOOL SMITH HENNIGAN, P.C.

Dated: July 17, 2014

                                                  By: */s/ Courtland L. Reichman*
                                                  COURTLAND LEWIS REICHMAN
                                                  (SBN 268873)
                                                  creichman@mckoolsmith.com
                                                  MCKOOL SMITH HENNIGAN PC
                                                  255 Shoreline Drive, Suite 510
                                                  Redwood Shores, CA 94065
                                                  Telephone: (650) 394-1400
                                                  Facsimile: (650) 394-1422

                                                  Attorneys for Defendants
                                                  EOLAS TECHNOLOGIES INCORPORATED;
                                                  and THE REGENTS OF THE UNIVERSITY
                                                  OF CALIFORNIA


    I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: July 17, 2014           */s/ Jonathan K. Waldrop*
                                   Jonathan K. Waldrop

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER                       - 3 -                             CASE NO. 13-CV-05997-JST

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- The time to file Google's opposition to Defendants' motion to dismiss is extended until August 19, 2014;
- The time to file the Defendants' reply to Google's opposition is extended until September 9, 2014;
- The hearing for the Defendant's motion to dismiss is noticed for October 9, 2014, or as soon thereafter at the Court's convenience; and
- The time for Google to respond to Defendants' counterclaims is extended until October 24, 2014;
- The Initial Case Management Conference in this action is continued to Wednesday, December 10, 2014 at 2:00 p.m.
- The parties shall file a Joint Case Management Statement on or before Wednesday, December 3, 2014.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __July 21__, 2014

*IT IS SO ORDERED*
*[signature]*
*Judge Jon S. Tigar*

JOINT STIPULATION AND [PROPOSED] ORDER

- 4 -

CASE NO. 13-CV-05997-JST