UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No.   13-cv-05997-JST<br><br>**ORDER DENYING STIPULATION TO EXTEND CASE DEADLINES**<br><br>Re: ECF No. 85 |

　　　The parties' joint request for an enlargement of certain case deadlines, ECF No. 85, does not state good cause and is DENIED.

**IT IS SO ORDERED.**

Dated: August 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge