1   JONATHAN K. WALDROP (SBN: 297903)        COURTLAND L. REICHMAN (SBN: 268873)
    jwaldrop@kasowitz.com                     creichman@mckoolsmith.com
2   DARCY L. JONES *(pro hac vice)*           McKOOL SMITH HENNIGAN, P.C.
    djones@kasowitz.com                       255 Shoreline Drive, Suite 510
3   ROBERT P. WATKINS III *(pro hac vice)*    Redwood Shores, CA  94065
    rwatkins@kasowitz.com                     Telephone:  (650) 394-1400
4   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP   Facsimile:  (650) 394-1422
    333 Twin Dolphin Drive, Suite 200
5   Redwood Shores, CA  94065                 KEVIN L. BURGESS (pro hac vice)
    Telephone:  (650) 453-5170                kburgess@mckoolsmith.com
6   Facsimile:  (650) 453-5171                JOHN B. CAMPBELL (pro hac vice)
                                              jcampbell@mckoolsmith.com
7                                             J.R. JOHNSON, II (pro hac vice)
                                              jjohnson@mckoolsmith.com
8   JEFFREY J. TONEY *(pro hac vice)*         JENNIFER A. ALBERT (pro hac vice)
    jtoney@kasowitz.com                       jalbert@mckoolsmith.com
9   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP   JOSHUA W. BUDWIN (pro hac vice)
    1349 West Peachtree Street, N.W., Suite 1500   jbudwin@mckoolsmith.com
10  Atlanta, GA  30309                        MCKOOL SMITH, P.C.
    Telephone:  (404) 260-6133                300 W. 6th Street, Suite 1700
11  Facsimile:   (404) 260-6081               Austin, Texas 78701
                                              Telephone: (512) 692-8700;
12  Attorneys for Plaintiff                   Facsimile: (512) 692-8744
    GOOGLE INC.

13                                            Attorneys for Defendants
                                              EOLAS TECHNOLOGIES
14                                            INCORPORATED; and THE REGENTS OF
                                              THE UNIVERSITY OF CALIFORNIA

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19
    GOOGLE INC.,                              Case No.  13-CV-05997-JST
20
                   Plaintiff,                 **JOINT STIPULATION AND [PROPOSED]**
21                                            **ORDER EXTENDING TIME FOR**
    v.                                        **GOOGLE INC. TO RESPOND TO**
22                                            **DEFENDANTS' COUNTERCLAIMS**
    EOLAS TECHNOLOGIES, INC.; and
23  THE REGENTS OF THE UNIVERSITY
    OF CALIFORNIA,
24
                   Defendants.
25

26

27

28

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2 Plaintiff Google Inc. ("Google"), and Defendants Eolas Technologies Incorporated ("Eolas") and The Regents of the University of California ("the Regents") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 2, 2014 and January 3, 2014, Google served a complaint seeking a declaratory judgment of non-infringement of United States Patent Nos. 8,082,293 and 8,086,662 (hereinafter "patents-in-suit") on Defendants (Dkt. 1);

WHEREAS, Defendants filed an answer and counterclaims on July 8, 2014 (Dkt. 76), and a corrected answer and counterclaims on July 22, 2014 (Dkt. 83), in which Eolas asserted patent infringement counterclaims against Google (hereinafter "Counterclaims");

WHEREAS, Eolas filed a Motion to Dismiss on July 8, 2014 (Dkt. 77) (hereinafter "Second Motion to Dismiss"), and a Corrected Motion to Dismiss on July 15, 2014 (Dkt. 78) (hereinafter "Corrected Second Motion to Dismiss"), in which it moved to dismiss with prejudice Eolas's Counterclaims of infringement of the patents-in-suit, and to dismiss without prejudice Google's declaratory judgment claims of non-infringement;

WHEREAS, the Regents filed a notice of joinder in Eolas's Corrected Second Motion to Dismiss on July 29, 2014 (Dkt. 84);

WHEREAS, Google's responded to Defendants' Corrected Second Motion to Dismiss on August 19, 2014 (Dkt. 87);

WHEREAS, Eolas filed a Reply to its Corrected Second Motion to Dismiss on September 9, 2014 (Dkt. 88) and a Corrected Reply on September 12, 2014 (Dkt. 89);

WHEREAS, Google sought leave to file a sur-reply to Eolas's Corrected Second Motion to Dismiss on September 18, 2014 (Dkt. 90);

WHEREAS, Defendants filed a Response to Google's Motion for Leave to File a Sur-reply on September 22, 2014 (Dkt. 91);

WHEREAS, the Court vacated the hearing on the Corrected Second Motion to Dismiss on September 30, 2014 (Dkt. 92);

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Google's response to Eolas' Counterclaims is currently due October 24, 2014;

WHEREAS, the parties have agreed that the lawsuit should be dismissed in its entirety and absent an extension, the parties will expend additional time and resources on a lawsuit that may be dismissed;

WHEREAS, the parties have agreed to extend Google's deadline to respond to Eolas's Counterclaims by three weeks in order to allow the Court to rule on the dismissal of the litigation;

WHEREAS, good cause exists to extend the current deadline for Google's response to Eolas's Counterclaims, to allow the Court to rule on Eolas's pending Corrected Second Motion to Dismiss and to avoid the expenditure of time and resources until the scope of dismissal is determined;

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2 that:

- The time for Google to respond to Defendants' Counterclaims be extended until November 14, 2014.

IT IS SO STIPULATED.

JOINT STIPULATION AND
[PROPOSED] ORDER
- 2 -
CASE NO. 13-CV-05997-JST

1    Dated:  October 15, 2014                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

2

3                                                By:  */s/ Jonathan K. Waldrop*_____
                                                     JONATHAN K. WALDROP
4                                                    (SBN: 297903)
                                                     jwaldrop@kasowitz.com
5                                                    KASOWITZ, BENSON, TORRES
                                                     & FRIEDMAN LLP
6                                                    333 Twin Dolphin Drive, Suite 200
                                                     Redwood Shores, CA  94065
7                                                    Telephone:  (650) 453-5170
                                                     Facsimile:  (650) 453-5171

8
                                                     Attorneys for Plaintiff
9                                                    GOOGLE INC., INC.

10
     Dated:  October 15, 2014                    McKOOL SMITH HENNIGAN, P.C.
11

12                                               By:  */s/ J.R. Johnson, II*_____
                                                     JOHN B. CAMPBELL (pro hac vice)
13                                                   jcampbell@mckoolsmith.com
                                                     J.R. JOHNSON, II (pro hac vice)
14                                                   jjohnson@mckoolsmith.com
                                                     JENNIFER A. ALBERT (pro hac vice)
15                                                   jalbert@mckoolsmith.com
                                                     JOSHUA W. BUDWIN (pro hac vice)
16                                                   jbudwin@mckoolsmith.com
                                                     MCKOOL SMITH, P.C.
17                                                   300 W. 6th Street, Suite 1700
                                                     Austin, Texas 78701
18                                                   Telephone: (512) 692-8700;
                                                     Facsimile: (512) 692-8744

19
                                                     Attorneys for Defendants
20                                                   EOLAS TECHNOLOGIES
                                                     INCORPORATED;
21                                                   and THE REGENTS OF THE
                                                     UNIVERSITY OF CALIFORNIA

22

23

24

25

26

27

28

JOINT STIPULATION AND                    - 3 -
[PROPOSED] ORDER                                         CASE NO. 13-CV-05997-JST

1

2          I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of  this

3    document has been obtained from the other signatories.

4    Dated: October 15, 2014          */s/ Robert P. Watkins III*_____
                                       Robert P. Watkins III
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- The time for Google to respond to Defendants' Counterclaims is extended until November 14, 2014;

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: ___October 16___, 2014

