| | |
|---|---|
| JONATHAN K. WALDROP (SBN: 297903) | COURTLAND L. REICHMAN (SBN: 268873) |
| jwaldrop@kasowitz.com | creichman@mckoolsmith.com |
| DARCY L. JONES *(pro hac vice)* | MCKOOL SMITH HENNIGAN, P.C. |
| djones@kasowitz.com | 255 Shoreline Drive, Suite 510 |
| ROBERT P. WATKINS III *(pro hac vice)* | Redwood Shores, CA 94065 |
| rwatkins@kasowitz.com | Telephone: (650) 394-1400 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Facsimile: (650) 394-1422 |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA 94065 | KEVIN L. BURGESS (pro hac vice) |
| Telephone: (650) 453-5170 | kburgess@mckoolsmith.com |
| Facsimile: (650) 453-5171 | JOHN B. CAMPBELL (pro hac vice) |
| | jcampbell@mckoolsmith.com |
| | J.R. JOHNSON, II (pro hac vice) |
| JEFFREY J. TONEY *(pro hac vice)* | jjohnson@mckoolsmith.com |
| jtoney@kasowitz.com | JENNIFER A. ALBERT (pro hac vice) |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | jalbert@mckoolsmith.com |
| 1349 West Peachtree Street, N.W., Suite 1500 | JOSHUA W. BUDWIN (pro hac vice) |
| Atlanta, GA 30309 | jbudwin@mckoolsmith.com |
| Telephone: (404) 260-6133 | MCKOOL SMITH, P.C. |
| Facsimile: (404) 260-6081 | 300 W. 6th Street, Suite 1700 |
| | Austin, Texas 78701 |
| Attorneys for Plaintiff | Telephone: (512) 692-8700; |
| GOOGLE INC. | Facsimile: (512) 692-8744 |
| | |
| | Attorneys for Defendants |
| | EOLAS TECHNOLOGIES |
| | INCORPORATED; and THE REGENTS OF |
| | THE UNIVERSITY OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No. 13-CV-05997-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES** |
| v. | |
| EOLAS TECHNOLOGIES, INC.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

JOINT STIPULATION AND
[PROPOSED] ORDER                                         CASE NO. 13-CV-05997-JST

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2 Plaintiff Google Inc. ("Google"), and Defendants Eolas Technologies Incorporated ("Eolas") and The Regents of the University of California ("the Regents") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 2, 2014 and January 3, 2014, Google served a Complaint seeking a declaratory judgment of non-infringement of United States Patent Nos. 8,082,293 and 8,086,662 (hereinafter "patents-in-suit") on Defendants (Dkt. 1);

WHEREAS, Defendants filed an Answer and Counterclaims on July 8, 2014 (Dkt. 76), and a Corrected Answer and Counterclaims on July 22, 2014 (Dkt. 83), in which Eolas asserted patent infringement Counterclaims against Google (hereinafter "Counterclaims");

WHEREAS, Eolas filed a Motion to Dismiss on July 8, 2014 (Dkt. 77) (hereinafter "Second Motion to Dismiss"), and a Corrected Motion to Dismiss on July 15, 2014 (Dkt. 78) (hereinafter "Corrected Second Motion to Dismiss"), in which it moved to dismiss with prejudice Eolas's Counterclaims of infringement of the patents-in-suit, and to dismiss without prejudice Google's declaratory judgment claims of non-infringement;

WHEREAS, the Regents filed a notice of joinder in Eolas's Corrected Second Motion to Dismiss on July 29, 2014 (Dkt. 84);

WHEREAS, Google responded to Defendants' Corrected Second Motion to Dismiss on August 19, 2014 (Dkt. 87);

WHEREAS, Eolas filed a Reply to its Corrected Second Motion to Dismiss on September 9, 2014 (Dkt. 88) and a Corrected Reply on September 12, 2014 (Dkt. 89);

WHEREAS, Google sought leave to file a sur-reply to Eolas's Corrected Second Motion to Dismiss on September 18, 2014 (Dkt. 90);

WHEREAS, the Court vacated the hearing on the Corrected Second Motion to Dismiss on September 30, 2014 (Dkt. 92);

WHEREAS, Google, Eolas and the Regents (the "Parties") filed a joint stipulation to extend the time for Google to respond to Eolas's Counterclaims on October 15, 2014 (Dkt. 93);

JOINT STIPULATION AND [PROPOSED] ORDER -1- CASE NO. 13-CV-05997-JST

WHEREAS, the Court entered the Parties' joint stipulation on October 16, 2014 (Dkt. 94);

WHEREAS, Google's response to Eolas' Counterclaims is currently due November 14, 2014;

WHEREAS, the Parties have agreed that all claims in this lawsuit should be dismissed, and absent stay of this action and vacatur of all dates and deadlines pending the Court's ruling on Eolas's Second Corrected Motion to Dismiss, the Parties will expend additional time and resources responding to Counterclaims that may be dismissed from the litigation, and preparing for an Initial Case Management Conference for a case that may not proceed;

WHEREAS, the Parties have agreed to stay this action and to vacate all dates and deadlines in order to allow the Court to rule on the dismissal of the litigation;

WHEREAS, good cause exists to stay this action and to vacate all dates and deadlines, to avoid the expenditure of time and resources until the Court rules on Eolas's pending Corrected Second Motion to Dismiss;

NOW THEREFORE, the Parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2 that:

- This action be stayed pending the Court's ruling on Eolas's Corrected Second Motion to Dismiss; and
- All dates and deadlines in this action be VACATED.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  November 4, 2014 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | | |
| 3 | | By: */s/ Robert P. Watkins III*_____ |
| 4 | | ROBERT P. WATKINS III (pro hac vice; CA bar admission pending) |
| 5 | | rwatkins@kasowitz.com KASOWITZ, BENSON, TORRES |
| 6 | | & FRIEDMAN LLP 333 Twin Dolphin Drive, Suite 200 |
| 7 | | Redwood Shores, CA  94065 Telephone:  (650) 453-5170 |
| 8 | | Facsimile:  (650) 453-5171 |
| 9 | | Attorneys for Plaintiff GOOGLE INC., INC. |
| 10 | | |
| 11 | Dated:  November 4, 2014 | MCKOOL SMITH HENNIGAN, P.C. |
| 12 | | |
| 13 | | By: */s/ J.R. Johnson, II* _____ JOHN B. CAMPBELL (pro hac vice) |
| 14 | | jcampbell@mckoolsmith.com J.R. JOHNSON, II (pro hac vice) |
| 15 | | jjohnson@mckoolsmith.com JENNIFER A. ALBERT (pro hac vice) |
| 16 | | jalbert@mckoolsmith.com JOSHUA W. BUDWIN (pro hac vice) |
| 17 | | jbudwin@mckoolsmith.com MCKOOL SMITH, P.C. |
| 18 | | 300 W. 6th Street, Suite 1700 Austin, Texas 78701 |
| 19 | | Telephone: (512) 692-8700; Facsimile: (512) 692-8744 |
| 20 | | Attorneys for Defendants EOLAS TECHNOLOGIES |
| 21 | | INCORPORATED; and THE REGENTS OF THE |
| 22 | | UNIVERSITY OF CALIFORNIA |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND
[PROPOSED] ORDER                    - 3 -                    CASE NO. 13-CV-05997-JST

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: November 4, 2014          */s/ Robert P. Watkins III*_____
                                 Robert P. Watkins III

## [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- This action is stayed pending the Court's ruling on Eolas's Corrected Second Motion to Dismiss; and
- All dates and deadlines in this action are VACATED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:  November 6, 2014



JOINT STIPULATION AND
[PROPOSED] ORDER                    - 5 -                    CASE NO. 13-CV-05997-JST