| | |
|---|---|
| JONATHAN K. WALDROP (SBN: 297903) | COURTLAND L. REICHMAN (SBN: 268873) |
| jwaldrop@kasowitz.com | creichman@mckoolsmith.com |
| DARCY L. JONES (pro hac vice) | MCKOOL SMITH, P.C. |
| djones@kasowitz.com | 255 Shoreline Drive, Suite 510 |
| ROBERT P. WATKINS III (SBN: 298571) | Redwood Shores, CA  94065 |
| rwatkins@kasowitz.com | Telephone:  (650) 394-1400 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Facsimile:  (650) 394-1422 |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA  94065 | KEVIN L. BURGESS (pro hac vice) |
| Telephone:  (650) 453-5170 | kburgess@mckoolsmith.com |
| Facsimile:  (650) 453-5171 | JOHN B. CAMPBELL (pro hac vice) |
| | jcampbell@mckoolsmith.com |
| | J.R. JOHNSON, II (pro hac vice) |
| JEFFREY J. TONEY (pro hac vice) | jjohnson@mckoolsmith.com |
| jtoney@kasowitz.com | JENNIFER A. ALBERT (pro hac vice) |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | jalbert@mckoolsmith.com |
| 1349 West Peachtree Street, N.W., Suite 1500 | JOSHUA W. BUDWIN (pro hac vice) |
| Atlanta, GA  30309 | jbudwin@mckoolsmith.com |
| Telephone:  (404) 260-6133 | MCKOOL SMITH, P.C. |
| Facsimile:   (404) 260-6081 | 300 W. 6th Street, Suite 1700 |
| | Austin, Texas 78701 |
| Attorneys for Plaintiff | Telephone: (512)692-8700; |
| GOOGLE INC. | Facsimile: (512)692-8744 |
| | |
| | Attorneys for Defendants |
| | EOLAS TECHNOLOGIES |
| | INCORPORATED; and THE REGENTS OF |
| | THE UNIVERSITY OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No.  13-CV-05997-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION** |
| v. | |
| EOLAS TECHNOLOGIES, INC.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ACTION                                                                                          CASE NO. 13-CV-05997-JST

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Local Rules 7-1 and 7-12, Plaintiff Google Inc. ("Google") and Defendants Eolas Technologies Incorporated ("Eolas") and The Regents of the University of California (the "Regents") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 17, 2014, the Court entered an Order (Dkt. 97) on Defendants' then-pending Motion to Dismiss (Dkts. 77, 78 and 84), granting the Motion to Dismiss in part;

WHEREAS, in the Court's November 17, 2014 Order, the Court dismissed without prejudice Google's claims of non-infringement of the patents-in-suit; dismissed with prejudice Defendants' counterclaims of infringement, including direct and indirect infringement, of the patents-in-suit against Google; and dismissed with prejudice any and all claims of infringement, including direct and indirect infringement, of the patents-in-suit that Eolas or the Regents has or may have in the future, including any claims of past, present or future infringement of the patents-in-suit against: (a) Google; (b) any Google affiliates; and/or (c) any users, customers, or Google partners with respect to Google products and/or services (including but not limited to services, components, hardware, software, websites, processes, machines, manufactures, and any combinations and components thereof, that are designed, developed, sold, licensed, or made, in whole or substantial part, by or on behalf of Google);

WHEREAS, the Parties desire to dismiss and to close the above-captioned Action;

**THEREFORE, IT IS HEREBY AGREED AND STIPULATED**, by and between Defendants and Google through their designated counsel, that:

- This Action shall be dismissed pursuant to the Court's Order Granting in Part Defendants' Motion to Dismiss (Dkt. 97);
- The Clerk shall close the case.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ACTION         -1-                              CASE NO. 13-CV-05997-JST

| | |
|---|---|
| Dated:  December 03, 2014 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | By: */s/ Robert P. Watkins III*_____<br>ROBERT P. WATKINS III<br>(SBN: 298571)<br>rwatkins@kasowitz.com<br>KASOWITZ, BENSON, TORRES &FRIEDMAN LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>Telephone:  (650) 453-5170<br>Facsimile:  (650) 453-5171<br><br>Attorney for Plaintiff<br>GOOGLE INC. |
| Dated:  December 03, 2014 | MCKOOL SMITH, P.C. |
| | By: */s/ J.R. Johnson, II*_____<br>J.R. JOHNSON, II (pro hac vice)<br>jjohnson@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512)692-8700;<br>Facsimile: (512)692-8744<br><br>Attorney for Defendants<br>EOLAS TECHNOLOGIES INCORPORATED; and<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: December 03, 2014          */s/ Robert P. Watkins III*_____
                                  Robert P. Watkins III

## [PROPOSED] ORDER

The Court having considered the stipulation of the Parties, orders as follows:

- This Action is dismissed pursuant to the Court's Order Granting in Part Defendants' Motion to Dismiss (Dkt. 97);
- The Clerk is instructed to close the case.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:     December 4   , 2014

Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ACTION                 - 3 -                           CASE NO. 13-CV-05997-JST